IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of<br><br>FOURWORLD EVENT OPPORTUNITIES, LP and GENESIS EMERGING MARKETS INVESTMENT COMPANY,<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No.: 22- |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY OF BAIN & COMPANY, INC. AND BAIN & COMPANY CHINA, INC. <u>FOR USE IN A FOREIGN PROCEEDING</u>**

This matter came before the Court upon the *ex parte* application of FourWorld Event Opportunities, LP and Genesis Emerging Markets Investment Company ("**Petitioners**"), for an Order authorizing Petitioners to obtain certain limited discovery under 28 U.S.C. § 1782 (the "**Application**").

The Court, having considered the Application and the supporting Memorandum of Law, Declarations and Exhibits,

IT IS HEREBY ORDERED that:

1. The Application is GRANTED;

2. Petitioners are authorized to take discovery from Bain & Company Inc. ("**Bain**") and Bain & Company China Inc. ("**Bain China**" and together with Bain, "**Respondents**"), corporations found in this District, by issuing a subpoena seeking the production of documents in the form attached to the Loft Declaration as Exhibit 1 (the "**Subpoena**");

3. Respondents shall produce the requested documents within thirty (30) days of service of the Subpoena, or such other dates as agreed between the parties, and in conformity

1

with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia. The entry of this Order does not foreclose Respondents from seeking relief under Rule 26 and Rule 45, if appropriate. Any Rule 45 objections shall be served on all parties and counsel of record within ten days after service of the Subpoena;

4. Respondents designate a representative who shall appear for a deposition in compliance with the Subpoena to testify on the topics identified in the Subpoena on a mutually agreeable date within a reasonable time after Respondents confirm the final production of documents in response to the Subpoena; and

5. Until further Order by this Court, Respondents shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

DATED this ___th day of _____ 2022.

                                                                                                        _____
United States District Judge