# Corporations Division

## Business Entity Summary

**ID Number: 042878322**       Request certificate     New search

Summary for:  BAIN & COMPANY, INC.

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | BAIN & COMPANY, INC. |
| Merged with **SUNAPEE SECURITIES, INC.** on 09-30-2004 | |
| Entity type: Domestic Profit Corporation | |
| Identification Number: 042878322 | Old ID Number: 000353517 |
| Date of Organization in Massachusetts: 05-05-1992 | |
| | Last date certain: |
| Current Fiscal Month/Day: 12/31 | Previous Fiscal Month/Day: 12/31 |

**The location of the Principal Office:**

Address:  131 DARTMOUTH STREET

City or town, State, Zip code, Country:       BOSTON,   MA   02116   USA

**The name and address of the Registered Agent:**

Name:     CORPORATION SERVICE COMPANY

Address:  84 STATE STREET

City or town, State, Zip code, Country:       BOSTON,   MA   02109   USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | MANNY MACEDA | 415 MISSION STREET, SUITE 4800 SAN FRANCISCO, CA 94105 USA |
| TREASURER | EASTON DICKSON | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| SECRETARY | MATTHEW HIRSHFIELD | 1114 AVENUE OF THE AMERICAS, 43RD FLOOR NEW YORK, NY 10036 USA |
| CFO | STEPHEN MCLAUGHLIN | 190 SOUTH LASALLE STREET, SUITE 3400 CHICAGO, IL 60603 USA |
| VICE PRESIDENT | MICHAEL COLLINS | 190 SOUTH LASALLE STREET, SUITE 3400 CHICAGO, IL 60603 USA |
| ASSISTANT SECRETARY | DIANE FERNANDES | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| VICE PRESIDENT | STEPHEN MCLAUGHLIN | 190 SOUTH LASALLE STREET, SUITE 3400 CHICAGO, IL 60603 USA |
| VICE PRESIDENT | STEPHEN MACKEY | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| GLOBAL CONTROLLER | STEPHEN MACKEY | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |

| | | |
|---|---|---|
| CONTROLLER | MARY WELCH | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| TAX COMPLIANCE OFFICER | KEVIN HANNEY | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| VICE PRESIDENT | MARY WELCH | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| COO | MICHAEL COLLINS | 190 SOUTH LASALLE STREET, SUITE 3400 CHICAGO, IL 60603 USA |
| DIRECTOR | TAMAR DOR-NER | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| DIRECTOR | JENNIFER HAYES | 1180 PEACHTREE STREET NE, SUITE 2700 ATLANTA, GA 30309 USA |
| DIRECTOR | MIGUEL SIMOES DE MELO | 40 STRAND LONDON, WC2N 5RW GBR |
| DIRECTOR | WALTER SINN | NEUE MAINZER STRAßE 80 FRANKFURT, 60311 DEU |
| DIRECTOR | CLAUDIA D'ARPIZIO | CORDUSIO 2.0, VIA SANTA MARIA SEGRETA, 2 NO. 3 MILAN, 20123 ITA |
| DIRECTOR | MICHAEL COLLINS | 190 SOUTH LASALLE STREET, SUITE 3400 CHICAGO, IL 60603 USA |
| DIRECTOR | CHRISTOPHE DE VUSSER | BLUE TOWER, 22ND FLOOR, AVENUE LOUISE 326 BRUSSELS, 1050 BEL |
| DIRECTOR | MANNY MACEDA | 415 MISSION STREET, SUITE 4800 SAN FRANCISCO, CA 94105 USA |
| DIRECTOR | LAURA MILES | 1180 PEACHTREE STREET NE, SUITE 2700 ATLANTA, GA 30309 USA |
| DIRECTOR | HERNAN SAENZ | 1717 MCKINNEY AVENUE, SUITE 1700 DALLAS, TX 75202 USA |
| DIRECTOR | WEIWEN HAN | 30/F, 1 INTERNATIONAL FINANCE CENTRE, 1 HARBOUR VIEW ST CENTRAL, HONG KONG, HKG |
| DIRECTOR | MARIA GORDIAN | 1114 AVENUE OF THE AMERICAS, 43RD FLOOR NEW YORK, NY 10036 USA |
| DIRECTOR | ARPAN SHETH | 1101 16TH STREET NORTHWEST, SUITE 700 WASHINGTON, DC 20036 USA |
| DIRECTOR | STEPHEN MCLAUGHLIN | 190 SOUTH LASALLE STREET, SUITE 3400 CHICAGO, IL 60603 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| PNP | $ 0.00 | 4,000,000 | $ 0.00 | 0 |
| CNP | $ 0.00 | 11,000,000 | $ 0.00 | 6,456,500 |

|  | ☐ Consent | ☐ Confidential Data | ☐ Merger Allowed | ☐ Manufacturing |

**View filings for this business entity:**

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender
```

**[View filings]**

**Comments or notes associated with this business entity:**

[                                                                ]

**[New search]**