# Corporations Division

## Business Entity Summary

**ID Number: 043214802**                       Request certificate    New search

Summary for:  BAIN & COMPANY CHINA, INC.

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** BAIN & COMPANY CHINA, INC. | |
| **Entity type:** Domestic Profit Corporation | |
| **Identification Number:** 043214802 | **Old ID Number:** 000425948 |
| **Date of Organization in Massachusetts:** 04-06-1993 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 3 /31 |
| **The location of the Principal Office:** <br><br>Address:  131 DARTMOUTH STREET <br>City or town, State, Zip code, Country:        BOSTON,   MA   02116   USA | |
| **The name and address of the Registered Agent:** <br><br>Name:     CORPORATION SERVICE COMPANY <br>Address:  84 STATE STREET <br>City or town, State, Zip code, Country:        BOSTON,   MA   02109   USA | |

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | MANNY MACEDA | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| TREASURER | EASTON DICKSON | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| SECRETARY | MATTHEW HIRSHFIELD | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| ASSISTANT SECRETARY | DIANE FERNANDES | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| TAX COMPLIANCE OFFICER | KEVIN HANNEY | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| VICE PRESIDENT | MARY WELCH | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| VICE PRESIDENT | STEPHEN MACKEY | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| VICE PRESIDENT | MICHAEL COLLINS | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |
| VICE PRESIDENT | STEPHEN MCLAUGHLIN | 131 DARTMOUTH STREET BOSTON, MA 02116 USA |

| | | | |
|---|---|---|---|
| DIRECTOR | MATTHEW HIRSHFIELD | 131 DARTMOUTH STREET BOSTON, MA 02116 USA | |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CNP | $ 0.00 | 15,000 | $ 0.00 | 1 |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

**View filings for this business entity:**

```
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender
```

[View filings]

**Comments or notes associated with this business entity:**

[New search]