# EXHIBIT A



**IN THE GRAND COURT OF THE CAYMAN ISLANDS**

**FINANCIAL SERVICES DIVISION**

November 10, 2020

**CAUSE NO: FSD 275 OF 2020 (**MRHJ**  )**

**IN THE MATTER OF THE COMPANIES LAW (2020 REVISION)**

**AND IN THE MATTER OF 58.COM, INC.**

---

**PETITION**

---

**TO: The Grand Court of the Cayman Islands**

**THE HUMBLE PETITION** of 58.com, Inc. whose registered office is c/o Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands (**"Petitioner"**) shows that:

1   The Petitioner is and was at all material times incorporated as an exempted limited company under the laws of the Cayman Islands.

2   The Petitioner operates online platforms for classified advertisements in the People's Republic of China via website and mobile platforms, including across the real estate, jobs and automotive sectors.

3   At all material times prior to the merger described in more detail in paragraphs 5 – 7 below (**"Merger"**), the Petitioner's American depository shares ("**ADSs**"), each representing two Class A shares of the Petitioner, were listed on the New York Stock Exchange under the symbol "WUBA".

4   The Petitioner brings this Petition pursuant to s.238(9) of the Companies Law (2020 Revision) (**"Companies Law"**) in connection with the Merger and seeks this Honourable Court's determination of the fair value of the shares in the Petitioner (**"Share(s)"**) held by the dissenting

---

This Petition is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

shareholders ("**Dissenters**") named in the Verified List enclosed with this Petition together with the fair rate of interest, if any, on the amount payable by the Petitioner to the Dissenters.

5  On 15 June 2020[1] the Petitioner executed a merger agreement ("**Merger Agreement**") with Quantum Bloom Group Ltd ("**Buyer**"). The consideration agreed to be paid by the Buyer was US$28/Share (or US$56/ADS) ("**Merger Consideration**").

6  On 7 September 2020 at 10:30am Beijing time (6 September 2020 at 9:30pm Cayman Islands time) the Merger Agreement was approved by a special resolution passed at an Extraordinary General Meeting of the Petitioner ("**EGM**").

7  On 17 September 2020, the Plan of Merger was executed and filed with the Registrar of Companies of the Cayman Islands ("**Registrar**"). The Certificate of Merger was issued by the Registrar on the same date and the Merger became effective with the result that, pursuant to the Merger Agreement, the Petitioner merged with and into Quantum Bloom Company Ltd, a wholly-owned subsidiary of the Buyer, with the Petitioner continuing as the surviving company.

8  Between 24 August and 3 September 2020 the Dissenters served on the Petitioner their written objections to the Merger in accordance with s.238(2) of the Companies Law.

9  Between 10 and 25 September 2020 the Petitioner notified the Dissenters that the Merger was approved at the EGM in accordance with s.238(4) of the Companies Law.

10  Between 15 and 30 September 2020 the Dissenters notified the Petitioner of their dissent to the Merger in accordance with s.238(5) of the Companies Law.

11  On 7 October 2020, the Petitioner made a fair value offer to the Dissenters solely for the purpose of s.238(8) of the Companies Law and without prejudice to the Petitioner's position at trial. The fair value offer was equivalent to the Merger Consideration.

---

[1] Unless otherwise stated, all references to dates and times in this Petition are to Cayman Islands time.

This Petition is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

12    A Verified List containing the names and addresses of all shareholders of the Petitioner who have filed a notice under s.238(5) of the Companies Law and with whom agreement as to the fair value of their shares has not been reached by the Petitioner is filed herewith.

**YOUR PETITIONER THEREFORE HUMBLY PRAYS THAT:**

(1)    This Honourable Court determines the fair value of the Dissenters' Shares, together with a fair rate of interest, if any, on the amount payable by the Petitioner to the Dissenters.

(2)    The Petitioner's costs of and occasioned by the Petition be paid by the Dissenters.

(3)    This Honourable Court make such further order or grant such further relief as it deems appropriate.

AND your Petitioner will ever pray etc.

DATED this 10th day of November 2020

FILED this 10th  day of November 2020


*Maples and Calder*

**Maples and Calder**
**Attorneys-at-law for the Petitioner**


**NOTE: This Petition is intended to be served on the Dissenters by service on their attorneys where applicable.**

This Petition is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**

**FINANCIAL SERVICES DIVISION**

**CAUSE NO: FSD        OF 2020 (        )**

**IN THE MATTER OF THE COMPANIES LAW (2020 REVISION)**

**AND IN THE MATTER OF 58.COM, INC.**

_____

**VERIFIED LIST PURSUANT TO SECTION 238(9)(b)**

**OF THE COMPANIES LAW (2020 REVISION)**

_____

This is the Verified List of the Petitioner referred to in the Petition and filed pursuant to s.238(9)(b) of the Companies Law (2020 Revision).

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
| 1. | 405 ACM Ltd | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 2,331,720 |
| 2. | Amethyst Arbitrage International Master Fund | 94 Solaris Avenue, Camana Bay, Grand Cayman, KY1-1108, Cayman Islands, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 126,746 |
| 3. | Associated Capital Group Inc. | One Corporate Center, Rye, NY 10580, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 53,000 |
| 4. | Athos Asia Event Driven Master Fund | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman | 1,663,386 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
|  |  | Islands, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands |  |
| 5. | Athos Special Situations Funds SPC | Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 1,785,334 |
| 6. | Blackwell Partners LLC-Series A | 280 South Mangum St, Suite 210, Durham, NC 27701-3675, United States of America, and whose attorneys are Campbells, Floor 4, Willow house, Cricket Square, Grand Cayman, KY1-9010, Cayman Islands | 610,000 |
| 7. | Boothbay Absolute Return Strategies, LP | Corporation Trust Center, 1209 Orange Street, Wilmington, County of New Castle, Delaware 19801, United States of America, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 240,750 |
| 8. | Boothbay Diversified Alpha Master Fund LP | Appleby Global Services (Cayman) Limited, 71 Fort Street, PO Box 500 Grand Cayman KY1-1106, Cayman Islands, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 80,250 |
| 9. | British Coal Staff Superannuation Scheme | Ventana House, 2 Concourse Way, Sheaf Street, Sheffield, S1 2BJ United Kingdom, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 65,180 |
| 10. | Brunel Pension Partnership Limited | 5th Floor, 101 Victoria Street, Bristol BS1 6PU, United Kingdom, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 328,718 |
| 11. | Buma-Universal-Fonds I | BASF Treuhand GMBH & Co KG, Altrotstrasse 31, Walldorf, 69190 | 156,794 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
| | | Germany, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | |
| 12. | Burlington Loan Management DAC | 5th Floor, The Exchange, George's Dock IFSC, Dublin D01 W3P9, Ireland, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 3,358,088 |
| 13. | Camelot Event-Driven Fund (Frank Funds Trust) | 781 Crandon Blvd, Unit 602, Key Biscayne, FL 33149, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 14,600 |
| 14. | Confluence Global Capital Holdings LLC | 280 Park Avenue, 5th Floor West, New York, NY 10017, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 36,000 |
| 15. | Corbin ERISA Opportunity Fund, Ltd | 590 Madison Avenue, 31st Floor, New York NY 10022, United States of America, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 245,004 |
| 16. | Corbin Opportunity Fund, LP | 590 Madison Avenue, 31st Floor, New York NY 10022, United States of America, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 174,998 |
| 17. | Corsun LLC | 590 Madison Avenue, 31st Floor, New York NY 10022, United States of America, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 705,760 |
| 18. | FMAP ACL Limited | c/o Citco Trustees (Cayman) Limited, 89 Nexus Way, Camana Bay, P.O. Box 31106, Grand | 1,022,722 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

3

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
|  |  | Cayman, KY1-1205, Cayman Islands, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands |  |
| 19. | Fourworld Event Opportunities, LP | Mourant Governance Services (Cayman) Ltd., 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman, KY1-1108, Cayman Islands, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 25,200 |
| 20. | Fourworld Global Opportunities Fund, Ltd | Mourant Governance Services (Cayman) Ltd., 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman, KY1-1108, Cayman Islands, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 1,100,000 |
| 21. | Fourworld Special Opportunities Fund, LLC | Mourant Governance Services (Cayman) Ltd., 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman, KY1-1108, Cayman Islands, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 524,048 |
| 22. | Genesis Emerging Markets Business Trust | c/o AMG Genesis LLC, 600 Hale Street, Prides Crossing, MA 01965, United States of America, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 180,258 |
| 23. | Genesis Emerging Markets Fund Limited | 1st Floor, Les Echelons Court, Les Echelons, South Esplanade, St Peter Port, GY1 6JB, Guernsey, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 653,660 |
| 24. | Genesis Emerging Markets Investment Company SICAV | 80, Route d'Esch, L-1470, Luxembourg, Grand Duchy of | 1,448,240 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
|  |  | Luxembourg, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands |  |
| 25. | Genesis Emerging Markets LP | 1209 Orange Street, Wilmington, Delaware DE 19801, United States of America, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 301,060 |
| 26. | Genesis Group Trust for Employee Benefit Plans | c/o AMG Genesis LLC, 600 Hale Street Prides Crossing, MA 01965, United States of America, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 3,099,844 |
| 27. | Integrated Core Strategies (US) LLC | c/o Millennium Management LLC, 666 Fifth Ave, 8th Floor New York, NY 10103, United States of America and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 5,374,956 |
| 28. | JNL Multi-Manager Alternative Fund | 100 Summit Lake Drive Suite 220, Valhalla, NY 10595, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 90,724 |
| 29. | JNL/Westchester Capital Event Driven Fund | 100 Summit Lake Drive Suite 220, Valhalla, NY 10595, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 75,262 |
| 30. | Litman Gregory Masters Alternative Strategies Fund | 41 Madison Avenue, New York, NY 10010, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 517,216 |
| 31. | Maso Capital Arbitrage Fund Limited | Walkers Corporate Limited, 27 Hospital Road, George Town, Grand Cayman, KY1-9008, Cayman Islands, and whose attorneys are Campbells, Floor 4, | 1,794,000 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
| | | Willow house, Cricket Square, Grand Cayman, KY1-9010, Cayman Islands | |
| 32. | Maso Capital Investments Limited | Walkers Corporate Limited, 27 Hospital Road, George Town, Grand Cayman, KY1-9008, Cayman Islands, and whose attorneys are Campbells, Floor 4, Willow house, Cricket Square, Grand Cayman, KY1-9010, Cayman Islands | 30,000 |
| 33. | Millais Limited | c/o J.P. Morgan Chase Bank Hong Kong, 18/F, Tower 2 The Quayside, 77 Hoi Bun Road Kwun Tong, Hong Kong, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 2,858,000 |
| 34. | Mineworkers' Pension Scheme | Ventana House, 2 Concourse Way, Sheaf Street, Sheffield, S1 2BJ United Kingdom, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 67,524 |
| 35. | Morningstar Alternatives Fund | 41 Madison Avenue, New York, NY 10010, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 72,300 |
| 36. | MSIV I LLC | 874 Walker Road Suite C, Dover, Delaware, DE 19904, United States of America and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 900,000 |
| 37. | Multi-Manager Alternative Strategies Fund | 41 Madison Avenue, New York, NY 10010, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 220,354 |
| 38. | Oasis Investment II Master Fund Ltd | 21/F, Man Yee Building, 68 Des Voeux Road Central, Hong Kong, and whose attorneys are Carey | 1,792,196 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
|  |  | Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands |  |
| 39. | Oasis Special Situations SPC-Beta SP | 21/F, Man Yee Building, 68 Des Voeux Road Central, Hong Kong, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 572,000 |
| 40. | ODS Capital LLC | 78 Lighthouse Drive Jupiter, Florida, FL 33469, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 524,000 |
| 41. | One68 Global Master Fund, LLC | c/o J.P. Morgan Chase Bank Hong Kong, 18/F, Tower 2 The Quayside, 77 Hoi Bun Road Kwun Tong, Hong Kong, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 90,000 |
| 42. | Pinehurst Partners, LP | 590 Madison Avenue, 31st Floor, New York, NY 10022, United States of America, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 174,998 |
| 43. | Public Employee Retirement System of Idaho | 607 North 8th Street, Boise, Idaho, ID 83702, United States of America, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 235,814 |
| 44. | Quadre Investments, LP | 2100 N. Ocean Boulevard, Suite 2003, Fort Lauderdale, Florida, FL 33305,United States of America, and whose attorneys are Collas Crill, Floor 2, Willow house, Cricket Square, P.O. Box 709, Grand Cayman KY1-1107, Cayman Islands | 606,018 |
| 45. | Qube Master Fund Ltd | c/o Maples Corporate Services Limited, Ugland House, Grand Cayman KY1-1104, Cayman | 727,600 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
| | | Islands, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | |
| 46. | Rangeley Capital Partners II LP | 3 Forest St., #8 New Canaan, Connecticut, CT 06840, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 33,300 |
| 47. | Rangeley Capital Partners LP | 3 Forest St., #8 New Canaan, Connecticut, CT 06840, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 46,840 |
| 48. | Rangeley Capital Special Opportunities Fund, LP | 3 Forest St., #8 New Canaan, Connecticut, CT 06840, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 4,000 |
| 49. | Shay Capital LLC | c/o J.P. Morgan Chase Bank Hong Kong, 18/F, Tower 2 The Quayside, 77 Hoi Bun Road Kwun Tong, Hong Kong, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 106,000 |
| 50. | SM Investors II LP | 509 Madison Avenue, Suite 406, New York, NY 10022, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 66,720 |
| 51. | SM Investors LP | 509 Madison Avenue, Suite 406, New York, NY 10022, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 29,280 |
| 52. | SM Merger/Arbitrage LP | 509 Madison Avenue, Suite 406, New York, NY 10022, United States | 53,000 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
| | | of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | |
| 53. | Sphere ICAV - Torus Fund | 32 Molesworth Street, Dublin 2, Ireland, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 360,000 |
| 54. | Star V Partners LLC | 2100 West End Avenue Suite 1000, Nashville, Tennessee, TN 37203, United States of America, and whose attorneys are Campbells, Floor 4, Willow house, Cricket Square, Grand Cayman, KY1-9010, Cayman Islands | 335,780 |
| 55. | T. Rowe Price Global Allocation Fund | 100 East Pratt Street, Baltimore, Maryland, MD 21202, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 5,864 |
| 56. | T. Rowe Price International Growth Equity Trust | 100 East Pratt Street, Baltimore, Maryland, MD 21202, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 1,775,584 |
| 57. | T. Rowe Price International Stock Fund[2] | 100 East Pratt Street, Baltimore, Maryland, MD 21202, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 3,564,710 |
| 58. | T. Rowe Price International Stock Portfolio | 100 East Pratt Street, Baltimore, Maryland, MD 21202, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 65,164 |
| 59. | T. Rowe Price Multi-Strategy Total Return Fund, Inc. | 100 East Pratt Street, Baltimore, Maryland, MD 21202, United States | 22,100 |

---

[2] On 14 October 2020 Carey Olsen, the Cayman Islands attorneys for T. Rowe Price Institutional International Growth Equity Fund, notified the Petitioner that on 2 October 2020 that Dissenter had merged into T. Rowe Price International Stock Fund.

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

9

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
|  |  | of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands |  |
| 60. | T. Rowe Price Non-U.S. Equities Trust | 100 East Pratt Street, Baltimore, Maryland, MD 21202, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 202,640 |
| 61. | T. Rowe Price Science & Technology Fund, Inc. | 100 East Pratt Street, Baltimore, Maryland, MD 21202, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 8,367,978 |
| 62. | Tech Opportunities LLC | 777 Third Avenue 30th Floor, New York, NY 10017, United States of America, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 360,000 |
| 63. | The Arbitrage Fund | 41 Madison Avenue, New York, NY 10010, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 1,487,130 |
| 64. | The Merger Fund | 100 Summit Lake Drive Suite 220, Valhalla, NY 10595, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 1,188,994 |
| 65. | The Merger Fund VL | 100 Summit Lake Drive Suite 220, Valhalla, NY 10595, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 17,750 |
| 66. | The State Teachers Retirement System of Ohio | 275 East Broad Street, Columbus, 43215-3771, Ohio, United States of America, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 295,558 |
| 67. | Wakefield Investments Ltd | c/o Elliott Management Corporation, | 4,260,002 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
|  |  | 40 West 57th Street, New York, NY 10019, United States of America, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands |  |
| 68. | Wakeland Securities LP | c/o Elliott Management Corporation, 40 West 57th Street, New York, NY 10019, United States of America, and whose attorneys are Ogier, 89 Nexus Way, Camana Bay, Cayman Islands | 9,939,998 |
| 69. | Walleye Manager Opportunities LLC | 2800 Niagara Lane, North Plymouth, Minnesota, MN 55447, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 400,000 |
| 70. | Water Island Diversified Event-Driven Fund | 41 Madison Avenue , New York, NY 10010, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 194,588 |
| 71. | Water Island LevArb Fund LP | 41 Madison Avenue , New York, NY 10010, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 15,194 |
| 72. | Water Island Merger Arbitrage Institutional Commingled Fund, LP | 41 Madison Avenue , New York, NY 10010, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 129,204 |
| 73. | WCM Alternatives: Event-Driven Fund | 100 Summit Lake Drive Suite 220, Valhalla, NY 10595, United States of America, and whose attorneys are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands | 115,604 |
| 74. | Winchester Global Trust Company Limited | 100 Summit Lake Drive Suite 220, Valhalla, NY 10595, United States of America, and whose attorneys | 26,894 |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)

| A # | B Dissenter / Member | C Address | D Number of Shares dissented |
|---|---|---|---|
|  |  | are Carey Olsen, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands |  |
| 75. | **Total:** |  | **70,524,198** |

This Verified List is filed by Maples and Calder, Attorneys-at-Law for the Petitioner, whose address for service is care of their said Attorneys at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. (Ref: 703174.000004\CJM\LBS\MKS)